UNITED STATES of America ex rel. Valentine McAULIFFE, Appellant, v. C. J. BURKE, Warden Eastern State Penitentiary.

No. 10190.

United States Court of Appeals
Third Circuit.

Argued Oct. 2, 1950.

Decided Oct. 6, 1950.

Valentine McAuliffe, pro se.

John E. Stevenson, Special Deputy Attorney General, Charles J. Margiotti, Attorney General, for appellee.

Before ALBERT LEE STEPHENS, GOODRICH and STALEY, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of the United States District Court for the Eastern District of Pennsylvania denying habeas corpus to petitioner. We have inspected the record and find no error.

The judgment will be affirmed.

PHILADELPHIA WORKINGMEN'S SAVING LOAN & BUILDING ASSOCIATION, a Pennsylvania Corporation, Appellant, v. ALBERT M. GREENFIELD & CO., a Delaware Corporation.

No. 10196.

United States Court of Appeals
Third Circuit.

Argued Oct. 2, 1950.

Decided Oct. 6, 1950.

See also 9 F.R.D. 71.

Hymen Schwartz, Philadelphia, Pa., for appellant.

Jerome L. Markovitz, Philadelphia, Pa., for appellee.

Before ALBERT LEE STEPHENS, GOODRICH and STALEY, Circuit Judges.

PER CURIAM.

The motion of the appellant to dismiss the appeal is granted with costs to the appellee. The Court has examined the record and finds no merit in the appeal so that the request of one of the liquidating trustees of the appellant for further time has no merit and will not be granted.